AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| United States of America | ) |
| v. | ) |
| | ) Case No. 4:11CR072 |
| | ) |
| DAMIEN BROWN | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    DAMIEN BROWN,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

FIREARMS

Date: 04/28/2011

                                                                                       s/ J. Adams    Deputy Clerk
                                                                                         *Issuing officer's signature*

City and state:    Oxford, Mississippi                          David Crews, Clerk of Court
                                                                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                             _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |